# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRUZ CEDELLO,<br><br>                Petitioner,<br><br>    v.<br><br>DERREL ADAMS, Warden,<br><br>                Respondent. | Case No. CV 09-8282-MMM (JEM)<br><br>**JUDGMENT** |

    In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

    IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus in this action is dismissed with prejudice.

DATED:   July 9, 2010

                                                MARGARET M. MORROW<br>
                                           UNITED STATES DISTRICT JUDGE